1
2
3
4
5
6
7
8

**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
Robert Thompson, Esq., SBN: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
rthompson@rlattorneys.com
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

9

**UNITED STATES DISTRICT COURT**

10

**CLARK COUNTY, NEVADA**

11
12
13
14
15
16
17
18
19
20

EMILIANO GUTIERREZ-CHAVEZ, an individual, YOLANDA BECERRA-ALDANA, an individual; and EMILIANO GUTIERREZ-BECERRA, an individual; Plaintiffs,

v.

LOUDERBACK LOGISTICS, LLC, a Foreign Corporation; ATLAS VAN LINES a subsidiary of ATLAS WORLD GROUP, a Foreign Corporation; DARRYL WILLIAMS; an individual, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,

Defendants.

CASE NO.:    2:24-cv-00851-JAD-EJY

**MOTION AND NOTICE TO REMOVE AND REPLACE ATTORNEY AS COUNSEL OF RECORD**

21

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

22        PLEASE TAKE NOTICE that Defendants, LOUDERBACK LOGISTICS, LLC, ATLAS

23  VAN LINES, INC. and DARRYL WILLIAMS, hereby respectfully move this Honorable Court

24  and provide notice that Christopher Elsee, Esq. is no longer associated as counsel of record in this

25  matter. In the place and stead of Christopher Elsee, Esq. will now be Robert Thompson, Esq.

26        RESNICK & LOUIS, P.C. will continue to serve as counsel for Defendants,

27  LOUDERBACK LOGISTICS, LLC, ATLAS VAN LINES, INC. and DARRYL WILLIAMS, in

28

1

this action through their attorneys Melissa J. Roose, Esq. and Robert Thompson, Esq. as their counsel of record.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action should be directed to both Melissa J. Roose, Esq. and Robert Thompson, Esq. of RESNICK & LOUIS, P.C., accordingly.

DATED this 31st day of July, 2024.

**RESNICK & LOUIS, P.C.**

*/s/ Melissa J. Roose*
Melissa J. Roose, Esq., SBN:  7889
Robert Thompson, Esq. SNB: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: _____July 31, 2024_____