**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
Robert L. Thompson, Esq., SBN: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EMILIANO GUTIERREZ-CHAVEZ, an individual, YOLANDA BECERRA-ALDANA, an individual; and EMILIANO GUTIERREZ-BECERRA, an individual; Plaintiffs, v. LOUDERBACK LOGISTICS, LLC, a Foreign Corporation; ATLAS VAN LINES a subsidiary of ATLAS WORLD GROUP, a Foreign Corporation; DARRYL WILLIAMS; an individual, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, Defendants. | CASE NO.:   2:24-cv-00851-JAD-EJY |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(First Request)**

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada LR 26-3, Plaintiffs, EMILIANO GUTIERREZ-CHAVEZ, YOLANDA BECERRA-ALDANA, and EMILIANO GUTIERREZ-BECERRA, by and through their attorneys Paul S. Padda, Esq. and Srilata R. Shah, Esq. of PAUL PADDA LAW, PLLC; and Defendants, LOUDERBACK LOGISTICS, LLC, ATLAS VAN LINES, INC. and DARRYL WILLIAMS, by and through their attorneys Melissa J. Roose, Esq. and Robert L. Thompson, Esq.

1

of the law firm of RESNICK & LOUIS, P.C., hereby stipulate and agree to an extension of all remaining discovery deadlines by one hundred and twenty (120) days.

The parties propose the following revised discovery plan:

## I.     DISCOVERY COMPLETED TO DATE

On May 21, 2024, Defendants removed this case to Federal Court.

1. On May 29, 2024, Defendants served their Initial Disclosure of Witnesses and Documents pursuant to FRCP 26(a)(1).

2. On June 6, 2024, the parties attended the FRCP 26(f) Discovery Conference.

3. On June 13, 2024, the Discovery Plan and Scheduling Order was filed [Doc. 12].

4. On June 18, 2024, Plaintiffs served their Initial List of Witnesses and Documents Pursuant to FRCP 26(a)(1).

5. On June 27, 2024, Defendant Louderback Logistics, LLC served its First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admission to Plaintiff Emiliano Gutierrez-Chavez.

6. On June 27, 2024, Defendant Louderback Logistics, LLC served its First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admission to Plaintiff Yolanda Becerra.

7. On June 27, 2024, Defendant Louderback Logistics, LLC served its First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admission to Plaintiff Emiliano Gutierrez-Becerra.

8. On July 3, 2024, Plaintiff Emiliano Gutierrez-Chavez served his First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Louderback Logistics, LLC.

9. On July 3, 2024, Plaintiff Emiliano Gutierrez-Chavez served his First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Darryl Williams.

10. On July 23, 2024, Defendants granted Plaintiffs' request for an extension of time

2

to respond to the pending written discovery requests of up to August 9, 2024.

11. On August 2, 2024, Defendant Louderback Logistics, LLC served its Responses to Plaintiff Emiliano Gutierrez-Chavez's First Set of Interrogatories and First Set of Requests for Production of Documents.

12. On August 2, 2024, Defendant Darryl Williams served its Responses to Plaintiff Emiliano Gutierrez-Chavez's First Set of Interrogatories and First Set of Requests for Production of Documents.

13. On August 2, 2024, Defendants served their First Supplemental Disclosure of Witnesses and Documents pursuant to FRCP 26(a)(1).

## II. DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

1. Defendants continue to request and obtain outstanding medical, billing, employment, tax/IRS, insurance and/or other records for all Plaintiffs.

2. The Deposition of Plaintiff Emiliano Gutierrez-Chavez anticipated to proceed in September 2024.

3. The Deposition of Plaintiff Yolanda Becerra-Aldana anticipated to proceed in September 2024.

4. The Deposition of Plaintiff Emiliano Gutierrez-Becerra anticipated to proceed in September 2024.

5. The possible FRCP 35 Examination(s) of Plaintiff(s) anticipated to proceed in or about November 2024.

6. The Depositions of Defendant(s)' FRCP 30(b)(6) witness(es) and Darryl Williams.

7. Any other party and witness depositions.

8. Depositions of Plaintiffs' treating medical providers.

9. Designations of Initial Expert Witnesses.

10. Designations of Rebuttal Exert Witnesses.

11. Depositions of Expert Witnesses.

3

12. Additional discovery as the parties deem necessary.

### III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME SET BY DISCOVERY PLAN

This matter involves personal injury claims by three (3) Plaintiffs against three (3) Defendants allegedly arising from a motor vehicle accident. For the parties to adequately prepare their claims and defenses related to the allegations of negligence, negligence per se, negligent entrustment and negligent hiring, retention, training and supervision, all the appropriate documents must be obtained, disclosed, reviewed, and sent to various experts for evaluation. Given the number of Plaintiffs and Defendants, it is time intensive to propound and respond to written discovery among these parties; however, the parties are diligently doing so.

As to the voluminous file materials, the medical records of the three (3) Plaintiffs were close to 1000 pages at the initial disclosure stage and will increase via supplemental productions of the parties. To that end, Defendants are independently requesting medical records for the allowable five (5) year pre-incident time period, as applicable, in addition to the records commencing on the date of the incident onward. The parties must also review and apply confidential redactions to the voluminous materials to protect the personal identifying information of each party as required with a correlating privilege log for disclosure.

Additionally, some of the materials sought in the written discovery requests will require the protection of a confidentiality order given the proprietary, business and other sensitive nature of the materials. As such, the parties are also coordinating efforts on reaching an agreement to this effect to then submit the proposed stipulation and order to the Honorable Court for approval and entry of order.

As to depositions, the parties first sought to complete an initial round of written discovery which is underway. The parties are also coordinating the scheduling of party depositions which includes three (3) local Plaintiffs, and three (3) Defendant parties which are all out of state (one of whom is often traveling for work).

4

The parties also seek to identify and retain expert witnesses in preparation for the trial in this matter. To that end, the parties are also discussing possible FRCP 35 examinations. Given that the expert disclosure dates are fast approaching, and that the standard 180 day discovery period is insufficient to complete the discovery process, the parties respectfully request an extension of the deadlines as proposed herein.

### IV.  CURRENT DISCOVERY DEADLINES

| Description | Deadline |
|---|---|
| Amending the pleadings or adding parties: | 8/22/2024 |
| Expert disclosures: | 9/20/2024 |
| Rebuttal expert disclosures: | 10/21/2024 |
| Discovery cutoff: | 11/20/2024 |
| Dispositive motions: | 12/20/2024 |
| Pre-Trial Order: | 01/20/2025 |

### V.  [PROPOSED] NEW DISCOVERY DEADLINES

| Description | Deadline |
|---|---|
| Amending the pleadings or adding parties: | 12/20/2024 |
| Expert disclosures: | 01/20/2025 |
| Rebuttal expert disclosures: | 02/18/2025 |
| Discovery cutoff: | 03/20/2025 |
| Dispositive motions: | 04/21/2025 |
| Pre-Trial Order: | 05/20/2025 |

The Parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this 1st day of August 2024.

**PAUL PADDA LAW, PLLC**

/s/ *Srilata Shah*
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
SRILATA R. SHAH, ESQ.
Nevada Bar No. 6820
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
*Attorneys for Plaintiffs,*
*Emiliano Gutierrez-Chavez, Yolanda Becerra-Aldana, and Emiliano Gutierrez-Becerra*

DATED this 1st day of August 2024.

**RESNICK & LOUIS, P.C.**

/s/ *Melissa J. Roose*
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
ROBERT L. THOMPSON, ESQ.
Nevada Bar No. 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: August 2, 2024