**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
Robert L. Thompson, Esq., SBN: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

### UNITED STATES DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| EMILIANO GUTIERREZ-CHAVEZ, an individual, YOLANDA BECERRA-ALDANA, an individual; and EMILIANO GUTIERREZ-BECERRA, an individual; Plaintiffs, <br><br> v. <br><br> LOUDERBACK LOGISTICS, LLC, a Foreign Corporation; ATLAS VAN LINES a subsidiary of ATLAS WORLD GROUP, a Foreign Corporation; DARRYL WILLIAMS; an individual, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-00851-JAD-EJY <br><br> **STIPULATION AND ORDER FOR FRCP 35 INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF EMILIANO GUTIERREZ-BECERRA** |

IT IS HEREBY STIPULATED by and between Plaintiff EMILIANO GUTIERREZ-BECERRA, through his attorneys Paul S. Padda, Esq. and Srilata R. Shah, Esq. of PAUL PADDA LAW, PLLC, and Defendants, LOUDERBACK LOGISTICS, LLC, ATLAS VAN LINES, INC. and DARRYL WILLIAMS, through their attorneys Melissa J. Roose, Esq. and Robert L. Thompson, Esq. of the law firm of RESNICK & LOUIS, P.C., to the terms of the Independent Medical Examination (hereinafter "examination") pursuant to FRCP 35 as follows:

1

1. The examination of Plaintiff, EMILIANO GUTIERREZ-BECERRA, shall be conducted by Arthur J. Taylor, M.D. ("Rule 35 medical examiner"). [Defendants reserve the right to change the identity of the Rule 35 medical examiner should a conflict, scheduling issue or otherwise arise prior to the examination proceeding.] No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the Rule 35 medical examiner may utilize members of his/her staff to assist during the examination.

2. The examination shall be conducted on a date and time agreeable to the Rule 35 medical examiner and the parties which will be referenced within the separately issued Notice of Independent Medical Examination.

3. Plaintiff must arrive **thirty (30) minutes** prior to the examination and bring state or federally issued identification (i.e., driver's license, passport, et al.).

4. Should Plaintiff fail to appear at the examination entirely, and/or fail to provide notice that an interpreter is needed, counsel for Defendants shall seek reimbursement from Plaintiff for the fee of the missed appointment. Should the Rule 35 medical examiner agree to waive any fees or costs to Defendants should Plaintiff fail to appear, Defendants agree they will not attempt to pass those fees onto Plaintiff.

5. Plaintiff will be required to fill out standard intake forms prior to the examination which will be provided to Plaintiffs' counsel and must be returned to defense counsel at least five (5) business days before the date of the examination.

6. The examination shall be completed within two (2) hours, and Plaintiff will not be made to wait for the examination to begin for more than thirty (30) minutes from the scheduled start time.

7. During the examination, the Rule 35 medical examiner will not ask Plaintiff questions relating to liability; however, the Rule 35 medical examiner may ask questions regarding the underlying subject incident as relates to medical causation.

8. No medical treatment will be rendered to Plaintiff by the Rule 35 medical examiner.

9. Neither defense counsel nor Plaintiffs' counsel, nor anyone from their respective offices, may attend the examination.

10. Plaintiff may have a non-medical family member or friend in attendance at the examination. The observer agrees not to interfere in any way with the examination.

11. Both parties are permitted to audio record the examination if they choose. Whomever chooses to record the examination shall produce a copy to the other party.

12. The Rule 35 medical examiner shall be provided with a copy of these terms and conditions prior to the examination.

DATED this 11th day of September, 2024.

*/s/ Srilata R. Shah*
Paul S. Padda, Esq.
Nevada Bar No. 10417
Srilata R. Shah, Esq.
Nevada Bar No. 6820
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
*Attorneys for Plaintiffs,*
*Emiliano Gutierrez-Chavez, Yolanda Becerra-Aldana, and Emiliano Gutierrez-Becerra*

DATED this 11th day of September, 2024.

*/s/ Robert L. Thompson*
Melissa J. Roose, Esq.
Nevada Bar No. 7889
Robert L. Thompson, Esq.
Nevada Bar No. 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

**ORDER**

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

DATED: September 12, 2024

3