1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
Robert L. Thompson, Esq., SBN: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
rthompson@rlattorneys.com
*Attorneys for Defendants,*
*Louderback Logistics, LLC,*
*Atlas Van Lines, Inc. and Darryl Williams*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EMILIANO GUTIERREZ-CHAVEZ, an individual, YOLANDA BECERRA-ALDANA, an individual; and EMILIANO GUTIERREZ-BECERRA, an individual; Plaintiffs, <br><br> v. <br><br> LOUDERBACK LOGISTICS, LLC, a Foreign Corporation; ATLAS VAN LINES a subsidiary of ATLAS WORLD GROUP, a Foreign Corporation; DARRYL WILLIAMS; an individual, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO.:    2:24-cv-00851-JAD-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiffs, EMILIANO GUTIERREZ-CHAVEZ,

YOLANDA BECERRA-ALDANA, and EMILIANO GUTIERREZ-BECERRA, by and through

their attorneys, Paul S. Padda, Esq., and Srilata R. Shah, Esq of PAUL PADDA LAW, PLLC ,

and Defendants LOUDERBACK LOGISTICS, LLC, ATLAS VAN LINES, INC., and DARRYL

WILLIAMS, by and through their attorneys, Melissa J. Roose, Esq. and Robert L. Thompson,

Esq., of the law firm RESNICK & LOUIS, P.C. that any and all of Plaintiffs' claims as pertains

1

1  to the subject motor vehicle accident, subject Complaint, and parties, be dismissed with prejudice

2  in their entirety.

3       The parties further stipulate and agree that each of the parties will bear their own

4  attorney's fees and costs.

5  DATED this 23rd day of December 2024.

                                   DATED this 23rd day of December 2024.

6  **PAUL PADDA LAW, PLLC**

                                   **RESNICK & LOUIS, P.C.**

7  /s/ _____

                                   /s/ *Melissa J. Roose*

8  PAUL S. PADDA, ESQ.
Nevada Bar No. 10417

                                   MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889

9  SRILATA R. SHAH, ESQ.
Nevada Bar No. 6820

                                   ROBERT L. THOMPSON, ESQ.
Nevada Bar No. 9920

10  4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103

                                   8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

11  *Attorneys for Plaintiffs,*

                                   *Attorneys for Defendants,*

12  *Emiliano Gutierrez-Chavez, Yolanda
Becerra-Aldana, and Emiliano Gutierrez-*

                                   *Louderback Logistics, LLC,
Atlas Van Lines, Inc. and Darryl Williams*

13  *Becerra*

14

15                                **<u>ORDER</u>**

16       Based on the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED

17  that this ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The

18  Clerk of the Court is directed to CLOSE THIS CASE.

19  **IT IS SO ORDERED.**

20  _____

21  U.S. DISTRICT JUDGE

22              December 31, 2024
DATED: _____

23

24

25

26

27

28